**FILED**
**JANUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3588 JJF/JPS HD387

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**08 C 611**

| | |
|---|---|
| VICTOR MONTAGNE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE HOME DEPOT, INC. | ) |
| | ) |
| Defendant | ) |

**JUDGE DARRAH**
**MAGISTRATE JUDGE NOLAN**

## NOTICE OF FILING

To:   Brian J. O'Connor
      BAAL & O'CONNOR
      221 N. LaSalle Street, 26th Floor
      Chicago IL  60601

YOU ARE HEREBY NOTIFIED that on **January 28, 2008,** we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's *Notice of Removal of Cause to the United States District Court for the Northern District of Illinois, Civil Cover Sheet and Appearance,* copies of which are attached hereto.

                              By:   _____s/ Jason J. Friedl_____

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\Ujf\3588 Montagne\Pleadings - Fed\NOF001.doc

## AFFIDAVIT OF MAILING

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents referenced, to all attorneys of record, at their listed addresses, on **January 28, 2008**.

                              _____s/ Genevieve Zimmerman_____

SUBSCRIBED AND SWORN to before
me this 28th day of January, 2008.

_____s/ Josefina Rojas_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011