UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MONTAGNE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  08 C 611 |
| | ) | Hon. John Darrah |
| THE HOME DEPOT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**    Jason J. Friedl
Purcell & Wardrope, Chtd.
10 South LaSalle Street
Suite 1200
Chicago, IL 60603

On **February 27, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John Darrah**, or any judge sitting in his stead, in the Courtroom usually occupied by him in **Room 1203** of the United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present the attached **PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT JOINING ADDITIONAL PARTY DEFENDANT.**

s/Bryan J. O'Connor, Jr.
**BAAL & O'CONNOR, Attorney No. 13773**
221 N. LaSalle Street – 26th Floor
Chicago, IL  60601
(312) 236-1814