3588 JJF/JPS HD387

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

VICTOR MONTAGNE,           )
                           )
      Plaintiff,         )
                           )   No.   08 C 611
v.                         )
                           )   Judge Darrah
THE HOME DEPOT, INC.       )
                           )   Magistrate Judge Nolan
      Defendant.         )

### NOTICE OF FILING

**To:** Brian J. O'Connor
BAAL & O'CONNOR
221 N. LaSalle Street, 26th Floor
Chicago IL  60601

YOU ARE HEREBY NOTIFIED that on **February 26, 2008,** we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's *Response of the Defendant, HOME DEPOT U.S.A., INC., to Plaintiff's Motion to File First Amended Complaint Joining Additional Party Defendant,* copies of which are attached hereto.

                                By:  s/ Jason J. Friedl

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\Jjf\3588 Montagne\Pleadings - Fed\NOF002.doc

### AFFIDAVIT OF MAILING

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents referenced, to all attorneys of record, at their listed addresses, on **February 26, 2008.**

                                s/ Genevieve Zimmerman

SUBSCRIBED AND SWORN to before me this 26th day of February 2008.

    s/ Josefina Rojas
NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011