# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 611 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Montagne vs. The Home Depot, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file a first amended complaint joining an additional party defendant [9] is entered and briefed as follows: a response is currently on file, a reply is due by 3/5/08. Status hearing set for 4/9/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|