UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR MONTAGNE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 C 611 |
| ) | Hon. John Darrah |
| THE HOME DEPOT, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:  Jason J. Friedl
Purcell & Wardrope, Chtd.
10 South LaSalle Street
Suite 1200
Chicago, IL 60603

PLEASE TAKE NOTICE that on the 5th day of March, 2008, the attached Plaintiff's Reply to Defendant's Response to Motion to File First Amended Complaint was electronically filed with the United States District Court, Northern District of Illinois Eastern Division.

s/Bryan J. O'Connor, Jr.
**BAAL & O'CONNOR, Attorney No. 13773**
221 N. LaSalle Street – 26th Floor
Chicago, IL 60601
(312) 236-1814

### PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that copies of the above were deposited in the U.S. Mail Chute located at 221 N. LaSalle Street, Chicago, Illinois, in a properly stamped and addressed envelope to the above named on this 5th day of March, 2008.

s/Jennifer Knobloch

Subscribed and sworn to before me
this 5th day of March, 2008.

s/ Joan Mansch
Notary Public