3588 JJF/JPS HD387

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VICTOR MONTAGNE,<br><br>      Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.<br><br>      Defendant. | )<br>)<br>)<br>)   No.   08 C 611<br>)<br>)   Judge Darrah<br>)<br>)   Magistrate Judge Nolan<br>) |

## NOTICE OF FILING

**To:** Brian J. O'Connor
BAAL & O'CONNOR
221 N. LaSalle Street, 26th Floor
Chicago IL  60601

YOU ARE HEREBY NOTIFIED that on **March 28, 2008,** we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's *Answer to Plaintiff's First Amended Complaint at Law,* copies of which are attached hereto.

                              By:      s/ Jason J. Friedl

PURCELL & WARDROPE, CHTD.
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\Ujf\3588 Montagne\Pleadings - Fed\NOF003.doc

## AFFIDAVIT OF MAILING

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents referenced, to all attorneys of record, at their listed addresses, on **March 28, 2008.**

                                        s/ Genevieve Zimmerman

SUBSCRIBED AND SWORN to before
me this 28th day of March 2008.

    s/ Josefina Rojas
NOTARY PUBLIC

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011