UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR MONTAGNE )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE HOME DEPOT, INC., )<br>)<br>Defendant. ) | Case No.: 08 C 611<br>Hon. John Darrah |

### NOTICE OF MOTION

**TO:** Jason J. Friedl
Purcell & Wardrope, Chtd.
10 South LaSalle Street
Suite 1200
Chicago, IL 60603

On **April 9, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John Darrah**, or any judge sitting in his stead, in the Courtroom usually occupied by him in **Room 1203** of the United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and present the attached **PLAINTIFF'S PETITION TO REMAND.**

s/Bryan J. O'Connor, Jr.
**BAAL & O'CONNOR, Attorney No. 13773**
221 N. LaSalle Street – 26th Floor
Chicago, IL 60601
(312) 236-1814