3588 JJF/JPS HD387

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MONTAGNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   08 C 611 |
| v. | ) | |
| | ) | Judge Darrah |
| THE HOME DEPOT, INC. | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

### NOTICE OF FILING

To:   Brian J. O'Connor
　　　BAAL & O'CONNOR
　　　221 N. LaSalle Street, 26th Floor
　　　Chicago IL   60601

YOU ARE HEREBY NOTIFIED that on **April 8, 2008,** we caused to be filed with the United States District Court for the Northern District of Illinois – Eastern Division, Defendant Home Depot's ***Response to Plaintiff's Petition to Remand,*** copies of which are attached hereto.

　　　　　　　　　　　　　　　　By:    s/ Jason J. Friedl

PURCELL & WARDROPE, CHTD.
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\Jjf\3588 Montagne\Pleadings - Fed\NOF004.doc

### AFFIDAVIT OF MAILING

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing and Documents referenced, to all attorneys of record, at their listed addresses, on **April 8, 2008.**

　　　　　　　　　　　　　　　　　　　　　　　s/  Genevieve Zimmerman

SUBSCRIBED AND SWORN to before
me this 8th day of April 2008.

　　　s/  Josefina Rojas
NOTARY PUBLIC



"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011