UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR MONTAGNE ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE HOME DEPOT, INC., ) <br> ) <br> Defendant. ) | Case No.: 08 C 611 <br> Hon. John Darrah |

### NOTICE OF FILING

**TO:** Jason J. Friedl
Purcell & Wardrope, Chtd.
10 South LaSalle Street
Suite 1200
Chicago, IL 60603

PLEASE TAKE NOTICE that on the 7th day of May, 2008, the attached Plaintiff's Reply to Defendant's Response to Plaintiff's Petition to Remand/Motion to Substitute Name of Party Defendant was electronically filed with the United States District Court, Northern District of Illinois Eastern Division.

s/Bryan J. O'Connor, Jr.
**BAAL & O'CONNOR, Attorney No. 13773**
221 N. LaSalle Street – 26th Floor
Chicago, IL 60601
(312) 236-1814

### PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that copies of the above were deposited in the U.S. Mail Chute located at 221 N. LaSalle Street, Chicago, Illinois, in a properly stamped and addressed envelope to the above named on this 7th day of May, 2008.

s/Jennifer Knobloch

Subscribed and sworn to before me
this 7th day of May, 2008.

s/ Joan Mansch
Notary Public