Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 611 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Victor Montagne vs. The Home Depot, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand is granted [20]. The clerk is directed to remand this case to the Circuit Court of Cook County, forthwith.

Docketing to mail notices.
*Mail AO 450 form.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

