# United States District Court

## Northern District of Illinois

### Eastern Division

Victor Montagne

v.

The Home Depot, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 611

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion to remand is granted [20]. The clerk is directed to remand this case to the Circuit Court of Cook County, forthwith.

Michael W. Dobbins, Clerk of Court

Date: 5/13/2008

/s/ Melanie A. Foster, Deputy Clerk